■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HORNER, Appellant. [689 NYS2d 895] —Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion in sentencing defendant without the benefit of an updated presentence investigation report. Defendant waived an update of the pre-plea report prepared eight months

earlier, and the court was familiar with the changes in defendant's status after the preparation of that report (see, *People v Sinclair*, 231 AD2d 926; *People v Hemingway*, 222 AD2d 1102, *lv denied* 87 NY2d 1020). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Genesee County Court, Morton, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Green, Pine, Hayes and Hurlbutt, JJ.